**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTINE MARIE PERRI,

                Plaintiff,    19 **CIVIL** 10115 (PMH)(PED)

   -v-    **<u>JUDGMENT</u>**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated October 14, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Administrative Law Judge will: (1) offer the plaintiff the opportunity for a new hearing; (2) take further action to complete the administrative record; and (3) issue a new decision.

**Dated:**  New York, New York
        October 14, 2020

                                              **RUBY J. KRAJICK**

                                              _____
                                                **Clerk of Court**
                         **BY:**
                                              _K. Mango_____
                                                **Deputy Clerk**