UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE MARIE PERRI,

               Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

**ORDER**

19-CV-10115 (PMH)

PHILIP M. HALPERN, United States District Judge:

    In light of the parties' Stipulation and Order regarding payment of attorney's fees (Doc. 33), Plaintiff's pending motion for attorney's fees is denied as moot. Accordingly, the Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 30.

                            **SO ORDERED:**

Dated:  New York, New York
           January 19, 2021

                            PHILIP M. HALPERN
                            United States District Judge